# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

**FILED**

SEP 2 7 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Donald G. Moore )
)
_____ Plaintiff _____ )
)
vs. )
)
Walker - Turner - )
Johnson. )
_____ )
_____ )
_____ )
_____ )
_____ )
)
_____ Defendant(s) _____ )

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

✓ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Donald Gene MOORE SR.

Prison Identification Number: 2303629

Current address: 301 maxwell Rd.

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Walker

Current Job Title: Sheriff

Current Work Address: 301 maxwell Rd.

Defendant #2:

Full Name: TURNER

Current Job Title: Superintendent

Current Work Address: 301 maxwell Rd.

Defendant #3:

Full Name: Johnson

Current Job Title: _ACS - Asst. Superintendent_

Current Work Address _301 maxwell Rd._

_____

Defendant #4:

Full Name: _Classification Officer - Unknown_

Current Job Title: _Classification_

Current Work Address _301 maxwell Rd._

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑     No ☐

C.  If your answer to B is yes, how many? __7#__ Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number
    _10th DiSTRiCT CeNTRaL._

2.  Basic claim made _CONditioNS OF CONFINEMENt_

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _STill PENDiNg_

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a).  You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes  ☑   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

    Yes  ☑   No  ☐

If your answer is no, explain why not _____

C.  Is the grievance process completed?   Yes  ☑   No  ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  G-1 Peoria County Jail

Date(s) of the occurrence  7/7/ — Currently

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is include only the basic, relevant facts, including dates, places, and names.*

THIS FACILITY HAS FAILED IN PROTECTING — MYSELF.... I'VE BEEN ASKING TO BE RE-CLASSIFIED and HOUSED AROUND NON-VIOLENT OFFENDERS...... At 50 YEARS OLD I'M THE OLDEST DETAINEE HERE IN A POD — WITH DETAINEE'S RANGING FROM 19-40 MURDERS — RAPIST — CARJACKERS — NOTABLY CRIMES OF EXTREME VIOLENCE. I WANTED TO BE HOUSED IN Segregation FOR MY SAFETY, BUT MY PRIVILEGES WOULD ULTIMATELY BE RESTRICTED OR EVEN TAKEN AWAY and I WOULD RECIEVE DISCIPINARY ACTIONS FOR REFUSING "HOUSING" SO I HAD to DECLINE. S.P. IS A UNIT THAT THE JAIL HAS THAT ONLY HOUSES 50 yr. And over I ASKED and WAS DENIED. I'M CONSTANTLY NERVOUS, HIGH blood pressure, There's Fight- Regularly here. I HAVE POST TRAMATIC- STRESS SYNDROME NOW because OF THE — VIOLENCE..... HERE.

→

THE FIGHTS, STEM FROM C.O's ALLOWING DETAINEE'S TO GAMBLE, SHOOT DICE, PLAY CARDS FOR MONEY OR ITEMS, THERE EXTORTIONS, STEALING, HOMOSEXUALITY

ALCHOL'S is MADE and it causes FIGHTS and →

ARGUMENTS BULLYING, MISTREATMENT OF POWER —

By CORRECTIONAL OFFICERS, THIS IS UNFAIR —

TREATMENT TO SAY THE LEAST. I WANTED TO

WORK FOR THE INSTITUTION AS A TRUSTEE

BUT WAS DENIED. "NO REASON EVER GIVEN".

IN CLOSING THE ADMINISTRATION PURPOSELY ALLOWS

INMATE'S TO GAMBLE because it Helps THEM

SELL MERCHANDISE ON THE COMMISARY ORDERED —

Weekly . . . . . IF YOU LOSE THIS week —

CALL HOME AND FAMILY SENDS MORE —

MONEY TO PLAY AGAIN . . . . . . THE NEXT —

WEEK. THIS IS A ON going PATTERN.

RELIEF REQUESTED

(State what relief you want from the court.)

75,000 — Mentally I'm SCARed Because This is A BLATANT Attempt to SHOW Me WHO — IS iN CHARge, WHICH is The AdMINISTRATION I've Asked Nicely And RespectFully TO NO — AVAIL . . . . . . NO AMOUNT OF FIANCE WiLL Help Me geT back TO NORMAL . . . . .

JURY DEMAND        Yes ☑        No ☐

Signed this **24th** day of **September**, 20**23**.

*Donald G. Moore*

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Donald G. Moore | # 2303629 |
| Address: | Telephone Number: |
| 301 maxwell Rd. | 1-779-772-2350 |

7

Donald G. Moore #2303629
301 Maxwell Rd.
Peoria, IL. 61605

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
100 N.E. MONROE ST.
PEORIA, IL. 61602

Legal Mail